KM

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Wilber Jeremias Rodriguez Rodriguez,
Petitioner,
v.
Eric Rokosky, et al.,
Respondents.

No. CV-26-03469-PHX-MTL (JFM)

**ORDER**

In his Petition under 28 U.S.C. § 2241, Petitioner challenged his present immigration detention, arguing his detention violated due process, his arrest violated the Fourth Amendment, and his warrantless arrest violated 8 U.S.C. § 1357(a)(2) and 8 C.F.R. § 287.8(c)(2)(ii). (Doc. 1.) The Court directed Respondents to file a response. (Doc. 4.)

In their Response (Doc. 7), Respondents state:

> Despite requests for information concerning the basis for Petitioner's stop and arrest, and whether a proper warrant was executed at the time of arrest, undersigned counsel has not received any information regarding the basis of Petitioner's arrest. Therefore, Respondents cannot show cause why this habeas petition should not be granted.

The Court accepts this statement as non-opposition to granting Petitioner's § 2241 Petition as to his release from custody.

. . . .

. . . .

. . . .

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is **denied as moot**.

(2) Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

(3) Respondents must provide a notice of compliance within **2 business days** of Petitioner's release.

(4) Any pending motions are denied as moot.

(5) The Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 17th day of June, 2026.

Michael T. Liburdi
United States District Judge